# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Marco Antonio Lopez-Urias,<br>　　　　Defendant. | No. CR-15-01248-001-PHX-SMM<br><br>**ORDER** |

On August 6, 2019, Magistrate Judge James F. Metcalf issued "Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty and Admission." Magistrate Judge Metcalf recommends to the District Court that this Judge accept the Defendant's admission. Having reviewed this matter de novo, and no objections having been filed pursuant to 28 USC § 636(b)(1), the Court accepts the Recommendation of Magistrate Judge Metcalf. Accordingly,

**IT IS HEREBY ORDERED** accepting the Defendant's admission.

Dated this 23rd day of August, 2019.

　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　Senior United States District Judge